**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Frank Leo VUCI and Henry Anthony Noto, Defendants-Appellants.**

**No. 71–2229.**

United States Court of Appeals, Fifth Circuit.

Nov. 30, 1971.

Rehearing Denied Dec. 27, 1971.

Bryan E. Bush, Jr., Sam J. D'Amico, Baton Rouge, La., for defendants-appellants.

Gerald J. Gallinghouse, U. S. Atty., K. Eric Gisleson, Atty., Dept. of Justice, New Orleans, La., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

[*] The Honorable Alfred T. Goodwin, United States District Judge for the District of Oregon, sitting by designation.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).